FILED

03/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0251

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOSHUA PAUL CORRIHER,

**ORDER**

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that DA 20-0251 and DA 20-0332 be consolidated for the purposes of appeal under Cause No. DA 20-0251.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 15 2021